STATE v. GILBERT BARFIELD.

(Filed 28 November, 1945.)

APPEAL by defendant from *Sink, J.,* at March Term, 1945, of SCOTLAND.

Criminal prosecution tried upon indictment charging defendant with an assault with a deadly weapon, with intent to kill one James Haywood.

Verdict: Guilty of assault with a deadly weapon. Judgment: To be confined in the common jail of Scotland County and assigned to work for a period of two years, as provided by law.

The defendant appeals, assigning error.

*Attorney-General McMullan and Assistant Attorneys-General Rhodes, Moody, and Tucker for the State.*

*Z. V. Morgan for defendant.*

STATE *v.* COX.

PER CURIAM.  We have carefully considered the exceptions presented, and do not find any of sufficient merit to justify interference with the verdict below.

No error.